**DISMISS and Opinion Filed January 13, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00010-CV

## DW OAK LAWN, LLC, Appellant
## V.
## COAST CYCLE, LLC, Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-22-13539

## MEMORANDUM OPINION

Before Justices Carlyle, Garcia, and Miskel
Opinion by Justice Miskel

Before the Court is appellant's unopposed motion to dismiss the appeal.

Appellant informs the Court that it no longer wishes to pursue this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Emily Miskel/
EMILY MISKEL
JUSTICE

230010F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DW OAK LAWN, LLC, Appellant

No. 05-23-00010-CV     V.

COAST CYCLE, LLC, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-13539. Opinion delivered by Justice Miskel. Justices Carlyle and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 13th day of January 2023.